IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| LIONEL WEEKS, | Cause No. CV 15-66-GF-BMM |
|---|---|
| Petitioner, | |
| vs. | ORDER OF DISMISSAL |
| JAMES SUMMERS, Chief of the Fort Peck Tribes Law and Justice, | |
| Respondent. | |

On August 12, 2015, this action was filed by two persons, Sharon Avery and Mary Cleland. They purport to act on behalf of Lionel Weeks.

Neither Ms. Avery nor Ms. Cleland is a member of the Bar of this Court. Neither may file actions or documents in this Court on behalf of anyone other than themselves. 28 U.S.C. § 1654; *see also* Judiciary Act of 1789, § 35, 1 Stat. 73, 92 (1789); *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 698 (9th Cir. 1987).

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED.

DATED this 2nd day of September, 2015.

Brian Morris
United States District Court Judge